245 So.2d 410

Elroy E. GARVIN

v.

CITY OF NEW ORLEANS.

No. 51224.

March 24, 1971.

In re: City of New Orleans applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 243 So.2d 347.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.